# United States District Court
## Southern District of Georgia

MICHAEL SAMPSON,

Petitioner,

v.

FNU GRAY; BRENDA GRAY; FNU HURB; and ANDI HURB,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:19-cv-90

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated July 2, 2019, adopting the Magistrate Judge's Report and Recommendation; judgment is hereby entered dismissing the case with prejudice.

Approved by: _____

July 19, 2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk